UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

Case No. 14-cv-03038-WHO

**ORDER SETTING HEARING DATE AND SUPPLEMENTAL BRIEFING SCHEDULE ON MOTION TO REMAND**

Re: Dkt. No. 6

Currently before the Court are plaintiff's motion to remand, defendant's opposition to the motion, and plaintiff's reply.[1] Dkt. Nos. 6, 14, 15, 17. Having considered the parties' filings, IT IS HEREBY ORDERED:

By September 15, 2013, defendant must provide plaintiff a copy of the declaration by Kathryn J. Harris attached to defendant's opposition. *See* Dkt. No. 14. If plaintiff wishes to do so, she may file a supplemental reply, of no more than five pages in length, by September 22, 2013. A hearing on the motion to remand is set for October 1, 2014, at 2:00 pm in Courtroom No. 2, 17th floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: September 12, 2014

WILLIAM H. ORRICK
United States District Judge

---

[1] Although plaintiff styled her motion to remand as an opposition to defendant's notice of removal, Judge Cousins, who previously presided over this case, decided to treat plaintiff's filing as a motion to remand. *See* Dkt. No. 7. I will do the same.