UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>        Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>        Defendant. | Case No. 14-cv-03038-WHO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 30 |

On April 15, 2015, pro se plaintiff Kamlesh Banga filed an unopposed motion seeking an extension of time to submit her response to defendant Equifax Information Services LLC's ("Equifax's") pending motion for judgment on the pleadings, currently set for hearing on May 6, 2015. Banga's motion is GRANTED. The briefing and hearing schedule on Equifax's motion for judgment on the pleadings is VACATED and RESET as follows:

- **Banga's response is due May 6, 2015**
- **Equifax's reply is due May 13, 2015**
- **The hearing on Equifax's motion for judgment on the pleadings will be on May 27, 2015 at 2:00 p.m. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California**

In addition to seeking an extension of time, Banga states that Equifax has failed to serve her with a complete electronic copy of its motion for judgment on the pleadings. On or before April 24, 2015, Equifax shall redeliver to Banga an electronic copy of its motion. By the same date, Equifax shall also deposit in the mail, in a sealed, postage prepaid envelope addressed to Banga, a complete hard copy of its motion.

**IT IS SO ORDERED**.

Dated: April 23, 2015



WILLIAM H. ORRICK
United States District Judge