UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendant. | Case No. 14-cv-03038-WHO<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 38 |

Defendant Equifax Information Services LLC ("Equifax") seeks an extension of time to file a reply in support of its motion for judgment on the pleadings, set for hearing on May 27, 2015. Dkt. No. 38. Equifax states that it attempted to contact plaintiff Kamlesh Banga to obtain her consent to the extension but was unable to contact her. *Id.* Although Equifax filed this motion on the same day its reply was due, and Banga has not been given the ordinary four days to respond, I find it appropriate to GRANT the motion without further delay. Banga was previously granted an extension of time in similar circumstances, *see* Dkt. No. 33, and she will not be prejudiced by the extension.

Equifax's reply shall be filed on or before May 20, 2015.

**IT IS SO ORDERED**.

Dated: May 14, 2015

_____
WILLIAM H. ORRICK
United States District Judge