UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,

  v.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

Case No. 14-cv-03038-WHO

**ORDER REGARDING THE MAY 27, 2015 HEARING ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

    This order concerns the upcoming hearing on Equifax's motion for judgment on the pleadings, set for May 27, 2015 at 10:00 A.M.

    Banga alleges that Equifax "displayed [her] social security number, date of birth, [and] current and past addresses to the general public by filing [her] partial credit reports of August 14, 2007 and July 20, 2004 with the Ninth Circuit and district court's dockets without seal." First Amended Complaint ¶ 6. Banga brings several claims on the basis of this allegation. Having reviewed the briefs and other materials submitted by the parties, I am considering whether some or all of those claims are barred by California's litigation privilege, codified at California Civil Code § 47(b).

    The parties did not raise this issue in their briefing. They should be prepared to discuss it at the hearing. If any party wishes to do so, she or it may each file a short brief of no more than five pages in length, double-spaced, addressing the issue no later than May 26, 2015 at 3:00 P.M.

    **IT IS SO ORDERED**.

Dated: May 21, 2015



WILLIAM H. ORRICK
United States District Judge