UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,

  v.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

Case No. 14-cv-03038-WHO

**ORDER ON PLAINTIFF'S STATEMENT REGARDING DISCOVERY DISPUTE**

Re: Dkt. No. 54

On September 23, 2015, plaintiff filed a Statement Regarding Discovery Dispute asking the Court to schedule a hearing to resolve a dispute over defendant's response to one of plaintiff's interrogatories. The interrogatory at issue requests that defendant "identify the names of all the entities that had purchased plaintiff's credit report for promotional purposes during the period of January 1, 2011 to December 31, 2014." Dkt. No. 54 at 6. Defendant responded informally to the interrogatory by email on September 11, 2015 but has not yet provided a formal response. *See id.* at 2, 20-21. Defendant has not responded to plaintiff's September 23, 2015 statement.

Plaintiff does not identify any problems with the substance of defendant's informal response. *See id.* at 1-2. My understanding is that her only concern is that defendant has not yet provided her with a formal response. I see no reason why defendant should not do so. Accordingly, by October 5, 2015, defendant shall provide plaintiff with a formal response to her interrogatory. Alternatively, defendant shall file a statement by the same date showing cause why it should not be required to provide plaintiff with a formal response.

In the future, plaintiff shall follow the requirements set out in the "Discovery Disputes" section of my Standing Order for Civil Cases (available at http://cand.uscourts.gov/whoorders) before raising a discovery dispute with the Court.

**IT IS SO ORDERED**.

Dated: September 29, 2015

_____
WILLIAM H. ORRICK
United States District Judge