United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendant. | Case No. 14-cv-03038-WHO<br><br>**ORDER SETTING BRIEFING SCHEDULE AND TELEPHONIC HEARING ON DEFENDANT'S MOTION TO REOPEN DISCOVERY**<br><br>Re: Dkt. No. 76 |

On November 24, 2015, defendant filed a motion seeking to reopen discovery for 30 days and to modify the deadline to file dispositive motions to 15 days after the close of the reopened discovery period. Dkt. No. 76. I will treat this as an administrative motion with an abbreviated briefing schedule. Plaintiff's response is due by **December 4, 2015** and shall be no longer than five pages. There will be no reply. A telephonic hearing is set for **December 7, 2015 at 2:00 p.m.** to discuss the matter. Courtroom Deputy Jean Davis will contact the parties to make arrangements for the hearing.

**IT IS SO ORDERED**.

Dated: November 25, 2015



WILLIAM H. ORRICK
United States District Judge