UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,

  v.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.

Case No. 14-cv-03038-WHO

**ORDER REGARDING TOMORROW'S HEARING**

Equifax's summary judgment motion is set for hearing tomorrow at 2:00 p.m. The declaration of Pamela Smith, which Equifax submitted in conjunction with its opening brief, states that "[o]n April 3, 2013, Equifax received a letter from [Banga] dated March 24, 2013 requesting a permanent promotional block," and that Equifax subsequently entered the requested block. Smith Decl. ¶¶ 22-23 (Dkt. No. 86-1). It appears that neither party has filed a copy of the March 24, 2013 letter in the record. Reviewing the letter may be helpful to me in resolving Equifax's summary judgment motion. If either party is able to obtain a copy of the letter without undue burden prior to tomorrow's hearing, she or it shall bring the copy to the hearing to be submitted to the Court.

**IT IS SO ORDERED**.

Dated: February 23, 2016

WILLIAM H. ORRICK
United States District Judge