United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　　Defendant. | Case No. 14-cv-03038-WHO<br><br>**ORDER STRIKING SETTLEMENT CONFERENCE STATEMENT FROM DOCKET**<br><br>Re: Dkt. No. 103 |

Plaintiff's settlement conference statement, Dkt. No. 103, is hereby STRICKEN from the docket. The Clerk shall remove the image of the statement from the docket. The statement should have been lodged with the judge overseeing the settlement conference (in this case, the Hon. Jacqueline Scott Corley), not filed in the docket. The Clerk shall deliver a hard copy of the statement to Judge Corley's chambers.

**IT IS SO ORDERED**.

Dated: February 29, 2016



WILLIAM H. ORRICK
United States District Judge